IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAN 9 - 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

500 TEXAS AVENUE LIMITED PARTNERSHIP    )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )   Civil Action No.
                                        )   AMD 01-CV-3832
L. JAMES MILLER, et al.,                )
                                        )
            Defendants                  )
                                        )

## ORDER

Upon consideration of defendant's Motion for Extension of Time and the good cause adduced in that motion, this Court is of the opinion that the Motion should be GRANTED. Accordingly,

IT IS ORDERED that the Motion is granted; and it is

FURTHER ORDERED that defendant's reply to plaintiff's Complaint shall be filed no later than February 8, 2002.

Dated: January 9th, 2002

_____
United States District Judge



