FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 FEB 14  A 11: 48

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| 500 TEXAS AVENUE LIMITED PARTNERSHIP, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: AMD 01-CV-3832 |
| ROUNDGRILLE, INC., et al., | * | |
| Defendants. | * | ___FILED ___ENTERED<br>___LODGED ___RECEIVED |

FEB 1 4 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

### STIPULATION OF DISMISSAL

Plaintiff and Counter-Defendant 500 Texas Avenue Limited Partnership and Defendants and Counter-Plaintiffs Roundgrille, Inc., L. James Miller, and Irwin M. Heller, by and through their undersigned attorneys, do hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii):

    A.    That the complaint of Plaintiff 500 Texas Avenue Limited Partnership filed in this case be, and the same is hereby, dismissed without prejudice;

    B.    That the counterclaim of Counter-Plaintiffs Roundgrille, Inc., L. James Miller, and Irwin M. Heller filed in this case be, and the same is hereby, dismissed with prejudice; and

C.   That each party shall bear his or its own costs.

_____
Edger N. James
Federal Bar No. 02805
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, DC 20036-4704
(202) 496-0500

Attorney for Defendants and Counter-
Plaintiffs Roundgrille, Inc., L. James Miller,
and Irwin M. Heller

K11757

_____
Charles M. Kerr
Federal Bar No. 00395
Kerr McDonald, LLP
31 Light Street, Suite 400
Baltimore, Maryland 21202
(410) 539-2900

Attorney for Plaintiff and Counter-
Defendant 500 Texas Avenue
Limited Partnership

APPROVED
[signature]
2/14/2002

2

**KERR McDONALD, LLP**
ATTORNEYS AT LAW
31 LIGHT STREET
SUITE 400
BALTIMORE, MARYLAND 21202

(410) 539-2900
FAX (410) 539-2956
E-MAIL CKerr@KerrMcDonald.com

CHARLES M. KERR
KATHLEEN M. McDONALD

OF COUNSEL
ROBERT G. CASSILLY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 FEB 14 A 11: 48

BY _____ DEPUTY

February 14, 2002

**HAND DELIVERED**
Clerk
United States District Court for
  the District of Maryland
United States Court House, 4th Floor
101 W. Lombard Street
Baltimore, Maryland  21201

Re:   500 Texas Avenue Limited Partnership v. Roundgrille, Inc., *et al.*,
      Civil Action No.: AMD-01-CV-3832 (U.S. Dist. Ct. D. of Md.).

Dear Sir/Madam Clerk:

Enclosed for filing in the above-referenced case please find an original and two copies (two-hole punched) of a Stipulation of Dismissal in the above matter. Please date stamp the extra copy and return it to the messenger.

Your assistance with this matter is sincerely appreciated.

Very truly yours,

Charles M. Kerr

CMK: daf
Enclosures
cc:   Edgar N. James, Esquire (w/encls.), by facsimile and first-class mail
K11763